☒ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 01 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-06-59-1-PHX-FJM |
| Plaintiff, | |
| vs. | |
| John Wayne Castle, | **ORDER** |
| Defendant. | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on July 26, 2007.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

|   |   |
|---|---|
| 1 | **IT IS ORDERED** that the Defendant shall be detained pending further order of the |
| 2 | court. |
| 3 | DATED this 1ST day of August, 2007. |

<br>

          */s/ Lawrence O. Anderson*
          Lawrence O. Anderson
          United States Magistrate Judge